UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2015-2311

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for HomeBridge Financial Services, Inc.
Attorney ID: WP0186

In Re:

    Daniel T. Mazzo
    Mary Ellen Mazzo

Order Filed on February 10, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-24995-JKS

Hearing Date: 01/12/2017

Judge: Honorable John K. Sherwood

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2017**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for HomeBridge Financial Services, Inc., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- [x] Real property more fully described as: 124 Watervliet Avenue, Pompton Lakes, NJ 07442

- [ ] Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.