UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2015-2311

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for HomeBridge Financial Services, Inc.
Attorney ID: WP0186

In Re:

    Daniel T. Mazzo
    Mary Ellen Mazzo

Order Filed on February 10, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-24995-JKS

Hearing Date: 01/12/2017

Judge: Honorable John K. Sherwood

Chapter: 13

Recommended Local Form:     ☒ Followed     ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 10, 2017

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for HomeBridge Financial Services, Inc., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 124 Watervliet Avenue, Pompton Lakes, NJ 07442

[ ] Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

```
                      United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 15-24995-JKS
Daniel T. Mazzo                                               Chapter 13
Mary Ellen Mazzo
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 1                   Date Rcvd: Feb 10, 2017
                               Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.
db/jdb         +Daniel T. Mazzo,    Mary Ellen Mazzo,    124 Watervliet Avenue,    Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen  Mazzo ralphferrojr@msn.com
              William M. E. Powers, III    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               ecf@powerskirn.com
              William M. E. Powers, III    on behalf of Creditor    Homebridge Financial Services Inc.
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Homebridge Financial Services Inc.
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               ecf@powerskirn.com
                                                                                             TOTAL: 8
```