Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24995−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daniel T. Mazzo                                    Mary Ellen Mazzo
124 Watervliet Avenue                              124 Watervliet Avenue
Pompton Lakes, NJ 07442                            Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−2985                                     xxx−xx−2765

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 27, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 27, 2017
JAN: zlh

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-24995-JKS
Daniel T. Mazzo                                                 Chapter 13
Mary Ellen Mazzo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 27, 2017
                              Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
```
db/jdb       +Daniel T. Mazzo,    Mary Ellen Mazzo,    124 Watervliet Avenue,    Pompton Lakes, NJ 07442-1932
cr           +Homebridge Financial Services Inc.,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
515670575    +Account Resolution Serv,    1643 Harrison Pkwy,    Suite 100,    Sunrise, FL 33323-2857
515670577     Associated Retinal Consultants LLC,    1000 Galloping Hill Road,    3rd Floor Ste 305,
               Union, NJ 07083-7989
515958930    +Bergen Federal Credit Union,    11 H Brookside Heights,    Wanaque, NJ 07465-1622
515670578    +Best Buy/CBNA,    Box 6497,    Sioux Falls, SD 57117-6497
515670580    +Celentano, Stadtmauer Esqs.,    1035 Route 46 East,    Box 2594,    Clifton, NJ 07013-7481
515670581    +Cenlar FSB,    425 Phillips Blvd,    Trenton, NJ 08618-1430
515670582     Chase Auto Finance,    Box 901003,    Fort Worth, TX 76101-2003
515670584    +Chilton Memorial Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
515670588    +Emergency Phys Assoc N NJ,    Box 740021,    Cincinnati, OH 45274-0021
515670589    +George Pavlou, MD,    1130 McBride Avenue,    Woodland Park, NJ 07424-3801
515670591    +HRRG,    Box 459080,    Sunrise, FL 33345-9080
515869603    +Homebridge Financial Services Inc.,    c/o Powers Kirn, LLC,    PO Box 848,
               Moorestown, NJ 08057-0848
515834999    +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
515670594    +Prosper Funding LLC,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
515873656    +Quantum3 Group LLC as agent for,    Department Store National Bank,    PO Box 657,
               Kirkland, WA 98083-0657
515670596   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
515670595    +St. Josephs Wayne Hospital,    224 Hamburg Tpke,    Wayne, NJ 07470-2124
515722045    +Valley National Bank,    1445 Valley Rd.,    Wayne, NJ 07470-8438
515670599    +Valley National Bank,    Box 953,    Wayne, NJ 07474-0953
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2017 23:59:31     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2017 23:59:29      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515747238     EDI: BECKLEE.COM Mar 27 2017 23:48:00      American Express Bank, FSB,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
515670576    +EDI: AMEREXPR.COM Mar 27 2017 23:48:00      American Express Bank, FSB,    4315 South 2700 West,
               Salt Lake City, UT 84184-0002
515670579    +EDI: CAPITALONE.COM Mar 27 2017 23:49:00      Capital One Bank,    4851 Cox Road,
               Glen Allen, VA 23060-6293
515799988     EDI: BL-BECKET.COM Mar 27 2017 23:49:00      Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
515670583    +EDI: CHASE.COM Mar 27 2017 23:48:00      Chase Bank, NA,    200 White Clay Center Drive,
               Newark, DE 19711-5466
515670585    +EDI: CITICORP.COM Mar 27 2017 23:49:00      Citicards CBNA,    701 E. 60th Street N,
               Sioux Falls, SD 57104-0432
515670586    +EDI: WFNNB.COM Mar 27 2017 23:49:00      Comenity Bank,    One Righter Pkwy,    Suite 100,
               Wilmington, DE 19803-1533
515670587    +EDI: TSYS2.COM Mar 27 2017 23:48:00      DSNB Macy's,    Box 8218,    Mason, OH 45040-8218
515670590    +EDI: CITICORP.COM Mar 27 2017 23:49:00      Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
515779156     EDI: CAUT.COM Mar 27 2017 23:48:00      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
515670592    +EDI: CBSKOHLS.COM Mar 27 2017 23:48:00      Kohl's/Capone,    Box 3115,
               Milwaukee, WI 53201-3115
515670593    +EDI: TSYS2.COM Mar 27 2017 23:48:00      Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
515903305     EDI: PRA.COM Mar 27 2017 23:48:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
               POB 41067,    Norfolk VA 23541
515762387     EDI: Q3G.COM Mar 27 2017 23:49:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
515895415     EDI: RMSC.COM Mar 27 2017 23:49:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515670597     EDI: RMSC.COM Mar 27 2017 23:49:00      Synchrony Bank/ Care Credit,    Box 960061,
               Orlando, FL 32896-0061
515670598    +EDI: RMSC.COM Mar 27 2017 23:49:00      Synchrony Bank/JCP,    Box 965007,
               Orlando, FL 32896-5007
515670600    +EDI: WFFC.COM Mar 27 2017 23:48:00      Wells Fargo Bank, NA,    101 N. Phillips Avenue,
               Sioux Falls, SD 57104-6714
515910457    +EDI: WFFC.COM Mar 27 2017 23:48:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
               Des Moines, IA 50328-0001
515812638     EDI: ECAST.COM Mar 27 2017 23:48:00      eCAST Settlement Corporation, assignee,
               of Citibank, N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 27, 2017
                              Form ID: 148             Total Noticed: 43
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515799989*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515815804*       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,
                   Phoenix, AZ 85038-9505
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen  Mazzo ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
              William M. E. Powers, III    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               ecf@powerskirn.com
              William M. E. Powers, III    on behalf of Creditor    Homebridge Financial Services Inc.
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Homebridge Financial Services Inc.
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               ecf@powerskirn.com
                                                                                             TOTAL: 8
```