| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 27, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.:  15-24995 |
| IN RE:<br><br>    DANIEL T. MAZZO<br>    MARY ELLEN MAZZO | HEARING DATE:  03/23/2017<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: March 27, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  DANIEL T. MAZZO
            MARY ELLEN MAZZO

Case No.:  15-24995

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 03/23/2017, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 7 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Daniel T. Mazzo
Mary Ellen Mazzo
    Debtors

Case No. 15-24995-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2017
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
db/jdb         +Daniel T. Mazzo,    Mary Ellen Mazzo,    124 Watervliet Avenue,    Pompton Lakes, NJ 07442-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Ralph A Ferro, Jr    on behalf of Debtor Daniel T. Mazzo ralphferrojr@msn.com
        Ralph A Ferro, Jr    on behalf of Joint Debtor Mary Ellen Mazzo ralphferrojr@msn.com
        William M. E. Powers, III    on behalf of Creditor    Real Estate Mortgage Network, Inc. ecf@powerskirn.com
        William M. E. Powers, III    on behalf of Creditor    Homebridge Financial Services Inc. ecf@powerskirn.com
        William M.E. Powers    on behalf of Creditor    Homebridge Financial Services Inc. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Real Estate Mortgage Network, Inc. ecf@powerskirn.com
                                                   TOTAL: 8